CF-86-3466



# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

FILED

OCT 19 2026

Bonnie N. Hackler, Acting Clerk
U.S. DISTRICT COURT

Case No. 26 CV - 672 JDR - SH
*(to be filled in by the Clerk's Office)*

Lloyd Christopher Clemons

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

K9 Officer
John Doe #1
John Doe #2
all Tulsa police officers

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

X Mail ___ No Cert Svc ___ No Orig Sign

___ C/J ___ C/MJ ___ C/Ret'd ___ No Env

___ No Cpys X No Env/Cpys ___ O/J ___ O/MJ

IFP Pend
& summons

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Lloyd Christopher Clemons

All other names by which you have been known:

ID Number: 1008726

Current Institution: DLM Detention Center

Address: 300 N. Denver

Tulsa (City) Okla (State) 74103 (Zip Code)

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name:

Job or Title *(if known)*: Tulsa Police (K-9 Officer

Shield Number:

Employer:

Address:

City State Zip Code

☑ Individual capacity ☑ Official capacity

Defendant No. 2

Name: John #2

Job or Title *(if known)*:

Shield Number:

Employer: Tulsa Police

Address:

City State Zip Code

☑ Individual capacity ☑ Official capacity

Defendant No. 3

Name: John Doe # 2

Job or Title *(if known)*: Tulsa Police

Shield Number:

Employer: Tulsa Police

Address:

Tulsa (City) Okla (State) (Zip Code)

☑ Individual capacity ☑ Official capacity

Defendant No. 4

Name:

Job or Title *(if known)*:

Shield Number:

Employer:

Address:

City State Zip Code

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Cruel and unusal punishment
To Be Safe and Secure

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? NA

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. K-9 officer threw his Trained to Kill Dog over toward me to attack Me for no reason

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

on 8-16-2026 officer's opened My Kids Mothers Door to her appartment and threw their K-9 on me for no reason officer Just watched as this vicious Dog tore through, → over pg 3-2

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Turn page over ←

# CF-26-3465



My leg and Bones ripping it open and Biting it and Shaking it Back and Fourth, I did nothing to Cause them to let their dog go on me I was in an apartment they Came in with a pass Key. they Seen Me and then let the dog go with a Command to Identify MySelf and I Stated Clemons, I did go to the hospital I believe it was OSU in Tulsa Okla. I want to ask for relief in the Sum Fifty Million For Cruel and unusual Punishment, and Fifty Million For pain and Suffering, and two Hundred and Fifty Thousand for punitive Damages these officer thought that they were acting in good Faith when they acted under the Color of law By there actions I don't Know the other Officers Names So I only want to persue the K-9 officer in Full and individual Capsity

change want to sue all 3 officers

Correction on Back →

I also ask the Court if I Can be appointed an attorney I have only a Sixth grade education, and Im also A mental patient the date of the incedent 8-16-26 and time was Between 7pm and 10pm I ask the Courts to look at the Body Cam From This Day

I also want to add 2 more officer's that also acting under of Law that that thought that, Just watching the K9 Dog tear threw veins and Muscle and ripped Bone's in my leg. these officer's thought that Just by only watching and not Stopping this dog from trying to hurt Me. They tought that they were doing what was right and thougth it was in good Faith. I want to File a Claim of 25 million For pain and Suffering For And Two Hundred Fifty thousand for John Doe # 1 punitive Damage. and the Same For John Doe # 2, 25 Million for pain and Suffering and Two Hundred Fifty Thousand 250,000 For punitive Damage also, I want to Sue Both John Does in there Full Capasity I need a little time to get their names However they Just Sat at the front door and helped Carry out this Scheme to tear me down For no reason, I didnt pose a threat nore did I try to run, it's all on Video.

C. What date and approximate time did the events giving rise to your claim(s) occur?

Beween 7pm and 10pm

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* K9 officer Threw his dog toward me and gave commands to attack me other Office's watch and didn't Stop the K9 My leg was ripped open and Bone's were Bitten very Brusom

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I recieved a Shot in My Shoulder. I'm Still taken Antibotic's and pain pill's was and Still in a wheelChair

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. 50 Fifty Million for cruel and unusal punishment 50 Fifty Million For pain and Suffering and 250 Two Hundred Fifty Thousand For punitive Damages

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. If the evidence shows that you did not fully comply with an available prison grievance process before filing this lawsuit, the Court may dismiss the unexhausted claim(s) or grant judgment against you.

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

___

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) ___

   Defendant(s) ___

2. Court *(if federal court, name the district; if state court, name the county and State)*

______________________________

3. Docket or index number

______________________________

4. Name of Judge assigned to your case

______________________________

5. Approximate date of filing lawsuit

______________________________

6. Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. ______________________________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

______________________________

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

Plaintiff(s) ______________________________

Defendant(s) ______________________________

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Lloyd Christopher Clemons

**A. For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-6-2026

Signature of Plaintiff: Lloyd Christopher Clemons
Printed Name of Plaintiff: Lloyd Christopher Clemons
Prison Identification #: 1008726
Prison Address: 300 N Denver Ave
Tulsa (City) Okla (State) 74103 (Zip Code)

**B. For Attorneys**

Date of signing: 10-6-26

Signature of Attorney: Lloyd Clemons
Printed Name of Attorney
Bar Number
Name of Law Firm: N/A
Address

City State Zip Code

Telephone Number: N/A
E-mail Address

DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746. 18 U.S.C. §1621.

Executed at 300 N Denver Ave Tulsa Okla 74103 (Location) on 10-6-26 (Date).

Lloyd Christopher Clemons
Original Signature of Plaintiff)

Lloyd Christopher Clemons #1008726
300 N Denver Ave
Tulsa Okla 74103

26 CV - 672 JDR - SH

Posmarked 10/15/2026
Clemons
KH

quadient
FIRST-CLASS MAIL
IMI
$001.36⁰
10/15/2026 ZIP 74119
043M32207788
US POSTAGE

**RECEIVED**

OCT 19 2026

Bonnie N. Hackler, Acting Clerk
U.S. DISTRICT COURT

NE District Court Clerk
333 W. 4th St. #411
Tulsa Okla 74103

